IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUAN AGUILERA-ZURITA )<br>)<br>Defendant. ) | Criminal Action No. 07- 07 - UNA<br><br>REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 12, 2007, in the State and District of Delaware, Defendant Juan Aguilera-Zurita, an alien and subject of Mexico, was found in the United States, after having been removed therefrom on or about October 25, 2005, at or near Brownsville, Texas, and Defendant was knowingly in the United States unlawfully, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

*Robert F. Kravetz*

Robert F. Kravetz
Assistant U.S. Attorney
Dated: January 18, 2007

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE