AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**

v.

**JUAN AGUILERA-ZURITA**

# WARRANT FOR ARREST

**CASE NUMBER: 07-** O7M-MPT

CR 07-07

**To: The United States Marshal**
**and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest _____ when and as stated in the

**Criminal Complaint  and bring said Defendant to the nearest magistrate to answer a(n)**

__ Indictment  Information  _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

**charging the Defendant with (**brief description of offense)

in violation of Title  _8_  United States Code, Section (s)  _1326(a) & (b)(2)_

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| | |
| Signature of Issuing Officer | January 16, 2007    Wilmington, DE |
| | Date and Location |
| **Bail fixed at $** _____ | **by** _____ |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Sull King St |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-16-07 | | William Paul |
| DATE OF ARREST | William David Dush | |
| 1-16-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED

JAN 2 3 2007