UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Juan Aguilera-Zurita<br><br>  Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR 07-07 (JJF)<br>)<br>)<br>)<br>) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 1/25/0⁷ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 5, 2007. The time between the date of this order and March 9, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

```
                                    _____
                                    Honorable Mary Pat Thynge
                                    U.S. Magistrate Judge
```

cc: Defense Counsel
    United States Attorney