IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-007 JJF |
| JUAN AGUILERA-ZURITA, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, August 2, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

\_\_June 26, 2007\_\_  
DATE

_____  
UNITED STATES DISTRICT JUDGE



FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE